No. 11–5474.   MAGASSOUBA *v.* UNITED STATES, *ante,* p. 935. Motion for leave to file petition for rehearing denied.   JUSTICE SOTOMAYOR took no part in the consideration or decision of this motion.

JANUARY 26, 2012

No. 11–8471 (11A698).   HERNANDEZ *v.* TEXAS.   Ct. Crim. App. Tex.   Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied.   Certiorari denied.